UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-cv-81032-RLR

HOWARD COHAN,

    Plaintiff,

v.

MILLER'S ALE HOUSE, INC., etc.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Miller's Ale House, Inc., (collectively, the Parties), hereby notify the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days and request that they not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted,

| | |
|---|---|
| SCONZO LAW OFFICE, P.A. | FORD & HARRISON, LLP |
| By: /s/ *Gregory S. Sconzo* | By: /s/ *Merry E. Lindberg* |
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 308102 |
| greg@sconzolawoffice.com | mlindberg@fordharrison.com |
| 3825 PGA Boulevard, Suite 207 | 1450 Centrepark Blvd, Suite 325 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, FL 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 345-7505 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*Cohan v. Miller's Ale House*
Case No. 9:23-cv-81032-RLR
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              /s/ *Merry E. Lindberg*
                                              Merry E. Lindberg, Esq.